JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNYE DUFF and JANELLE HERNANDEZ AVITIA, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VXL ENTERPRISES LLC,<br><br>　　　　　Defendant. | Case No. 2:21-cv-08891-FLA (GJSx)<br><br>**ORDER GRANTING STIPULATED MOTION TO TRANSFER [DKT. 20]** |

1    On March 9, 2022, the parties filed the Stipulated Motion to Transfer ("Stipulation").  Dkt. 20.  The parties request the court transfer the subject action to the United States District Court for the Northern District of California, for purposes of consolidation with the action entitled *Avant v. VXL Enterprises LLC*, Case No. 4:21-cv-0216-YGR, which is currently pending before the Honorable Yvonne Gonzalez Rogers.  *Id.* at 2.

The court, having reviewed the Stipulation, hereby finds that the requested transfer is appropriate and GRANTS the Stipulation.  The court DIRECTS the Clerk to transfer this action to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

Dated: March 11, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge